# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS NARANJO, an individual, PATRICIA A. NARANJO, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., a business entity, WEST COAST SERVICING, INC., a corporation, NATIONSTAR MORTGAGE, LLC, a limited liability company, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 5:23-cv-00546-KK-AS <br><br> **ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION** <br><br> <u>**Hearing**</u>: [No Hearing Required] |

The Court having considered the *Stipulation for Dismissal of Action* (the "<u>Stipulation</u>") entered into by and between *plaintiffs* Juan Carlos Naranjo and Patricia A. Naranjo, and *defendants* West Coast Servicing, Inc., Bank of America, N.A., and Nationstar Mortgage, LLC d/b/a Mr. Cooper (collectively, the "<u>Parties</u>"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed in its entirety *with prejudice*.

**IT IS FURTHER ORDERED** that the Parties shall bear their own fees and costs, including attorneys' fees, incurred in connection with this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE